IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE, et al., | ) ) ) | No. 24-5071 |
| Plaintiff-Appellants, | ) ) ) | U.S. District Court for the District of Nevada |
| v. | ) ) ) | No. 3:24-CV-00198 |
| CARI-ANN BURGESS, in her official capacity as the Washoe County Registrar of Voters, et al. | ) ) ) ) ) | |
| Defendant-Appellees. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE BRIEF**

Defendant-Appellee the Democratic National Committee ("DNC"), by and through undersigned counsel, respectfully requests a 30-day extension of time, up to and including February 20, 2025, to file its response brief in the above-captioned case. Counsel for all other parties consent to this motion. In support, the DNC states as follows:

1. The DNC's response brief was originally due on October 30, 2024. Plaintiff-Appellants the Republican National Committee (the "RNC"), Nevada Republican Party, Donald J. Trump for President 2024, Inc., and Donald Szymanski requested and received one streamlined 30-day extension of time in which to file their opening brief. Plaintiff-Appellants then filed a motion seeking to

–1–

–2–

extend the time to file their opening brief an additional 21 days. That unopposed motion was granted, and the deadline for the DNC's response brief was set for December 20, 2024.

2. To date, the DNC requested and received one streamlined 30-day extension of time in which to file its response brief. All other Defendant-Appellees likewise submitted and received streamlined 30-day extensions of time to file their response briefs.

3. The DNC's response brief (as well as those of all other Defendant-Appellees) is currently due January 21, 2025.

4. With this requested 30-day extension, the DNC's response brief would be due on February 20, 2025.

5. The DNC requests the extension because it is currently in the midst of reorganization, with an impending leadership election scheduled for February 1, 2025. It is important that the DNC's incoming leadership have the opportunity to review the issues in this litigation and any filings before they are submitted to the Court. This appeal raises important issues, and a brief, 30-day extension would allow sufficient time for the DNC's incoming leadership to familiarize themselves with the litigation and provide critical input. To date, the DNC has exercised diligence in preparing its response and does not anticipate requesting any additional extensions.

6. Plaintiff-Appellants received multiple extensions on their opening brief in this matter. Counsel for Plaintiff-Appellants and all other Defendant-Appellees have graciously consented to this requested extension. In so consenting, counsel for Defendant-Appellees Francisco Aguilar, Vet Voice Foundation, and the Nevada Alliance for Retired Americans requested the deadlines for *all* Defendant-Appellees be kept consistent, such that if this Motion is granted, the deadline for all Defendant-Appellees' response briefs be moved to February 20, 2025. The DNC concurs and no party has opposed that suggestion.

WHEREFORE, the DNC respectfully requests a 30-day extension of time, up to and including February 20, 2025, to file its response brief (and a corresponding adjustment in the deadline for all Defendant-Appellees' response briefs).

Dated: January 9, 2025

Respectfully submitted,

By: */s/ Kevin J. Hamilton*
Kevin J. Hamilton
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
(206) 359-8000
KHamilton@perkinscoie.com

## **CERTIFICATE OF COMPLIANCE**

I certify that:

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 524 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(d)(2) (referencing Fed. R. App. P. 27(a)(2)(B)).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word and Times New Roman 14-point font.

By: <i>/s/ Kevin J. Hamilton</i>

–5–

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the Ninth Circuit via the ACMS filing system. I certify that all participants in the case are registered ACMS users and that service will be accomplished by the ACMS system.

By: */s/ Kevin J. Hamilton*