No. 24-5071

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

REPUBLICAN NATIONAL COMMITTEE, et al.,

*Plaintiffs-Appellants*,

v.

CARI-ANN BURGESS, et al.,

*Defendants-Appellees*,

VET VOICE FOUNDATION, et al.,

*Intervenor-Defendants-Appellees*.

On Appeal from the United States District Court for the
District of Nevada, No. 3:24-cv-00198

## MOTION TO WITHDRAW AS COUNSEL

Plaintiffs-Appellants' counsel Thomas S. Vaseliou respectfully moves to withdraw as counsel for Plaintiffs-Appellants in this matter. Mr. Vaseliou is leaving Consovoy McCarthy PLLC on February 17, 2025, to pursue another professional opportunity and will be unable to continue his representation. Plaintiffs-Appellants will continue to be represented by multiple counsel, including other very capable counsel at Consovoy McCarthy PLLC.

1

Dated: February 14, 2025          Respectfully submitted,

                                               */s/ Thomas S. Vaseliou*
                                               Thomas S. Vaseliou
                                               CONSOVOY MCCARTHY PLLC
                                               1600 Wilson Blvd., Suite 700
                                               Arlington, VA 22209
                                               (703) 243-9423
                                               tvaseliou@consovoymccarthy.com

## CERTIFICATE OF SERVICE

         I filed this brief on the Court's electronic filing system, which will email everyone requiring notice.

Dated: February 14, 2025                        */s/ Thomas S. Vaseliou*