# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-5071

**Case Name** Republican National Committee v. Burgess

**Hearing Location** (*city*) Phoenix

**Your Name** David R. Fox

List the sitting dates for the two sitting months you were asked to review:

October 20 - 24, 2025
November 17 - 21, 2025

Do you have an unresolvable conflict on any of the above dates? ◯ Yes ● No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

● Yes ◯ No

If yes, list the number, name, and hearing city of each of the other case(s):

No. 24-6376, March for Our Lives Idaho v. McGrane, Seattle (September and November 2025)

**Signature** s/ David R. Fox **Date** 6/12/2025

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** *New 12/01/2018*